whether "in a criminal case an alleged prior inconsistent statement should be submitted to the jury for consideration as substantive evidence of an essential element of the charged crime where the accuracy of that statement is repudiated at trial," 634 P.2d at 637. In that case, as here, the victim told authorities of improper activity by her father, but recanted on the stand, and there were no other credible witnesses to establish the essential element of the crime, thus the conviction was reversed. *Id.* at 637–38.

This court agrees with the logic as set forth in the preceding cases. It is this court's view that a case such as this should be very difficult to prosecute after the prosecutrix has, on the stand, recanted her accusations.

Accordingly, the judgment is reversed, and the defendant is ordered discharged.

All concur.

---

Before FENNER, C.J., P.J., and BRECKENRIDGE and SMART, JJ.

### *ORDER*

PER CURIAM.

Marie Brown suffered a severe emotional reaction related to the death of a student, Fred Walker, who was killed while attempting to steal a Los Angeles Raiders jacket from another youth. Ms. Brown was an academic advisor to Walker. The incident did not occur at school, and was not witnessed by Ms. Brown.

Ms. Brown sought compensation for her injuries on the basis that it was a work-related shock injury. The Labor and Industrial Relations Commission denied compensation on the basis that her injuries did not "arise out of" her employment and were not sustained "in the course of" her employment.

The decision of the Labor and Industrial Relations Commission is *affirmed*. Rule 84.16(b).

---

■

**Marie BROWN, Appellant,**

v.

**SCHOOL DISTRICT OF KANSAS CITY, Mo., Respondent.**

No. WD 50370.

Missouri Court of Appeals, Western District.

July 11, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1995.

Application to Transfer Denied Oct. 24, 1995.

Jerrold Kenter, Kansas City, for appellant.

Dora E. Reid, Kansas City, for respondent.

---

■

**STATE of Missouri, Respondent,**

v.

**Kenneth BELL, Appellant.**

**Kenneth BELL, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 65226, 66657.

Missouri Court of Appeals, Eastern District, Division Three.

July 11, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 23, 1995.

Application to Transfer Denied Oct. 24, 1995.